| AO-10 Rev. 1/96 | FINANCIAL DISCLOSURE REPORT NOMINATION | Report Required by the Ethics Act of 1978, Pub. L. No. 95-521, November 2, 1978 (5 U.S.C. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRATT, ROBERT W. | NONE | 01/04/97 |

| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| NONE | X Nomination, Date 01/07/97 ___ Initial ___ Annual ___ Final | 01/01/95 - 12/31/96 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6959 UNIVERSITY AVENUE DES MOINES, IOWA 50311 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| PROPRIETOR | ROBERT W. PRATT LAW OFFICE |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | NONE |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1  1995 | ROBERT W. PRATT LAW OFFICE (GROSS)-LEGAL SERVICES | $1552694.00 |
| 2  1996 | ROBERT W. PRATT LAW OFFICE (GROSS)-LEGAL SERVICES | $1528000.00 |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 01/04/97 |

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | EXEMPT |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | | | |
| 2 | | EXEMPT | $ 0.00 |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities) | | |
| 1 | NONE | NONE | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODE: J = $15,000 or less, K = $15,001 - $50,000, L = $50,001 - $100,000, M = $100,001 to $250,000
I = $250,001 - $500,000, O = $500,001 - $1,000,000, P = More than $1,000,000

Digitized by Google

170

**FINANCIAL DISCLOSURE REPORT** — Name of Person Reporting: PRATT, ROBERT W. — Date of Report: 01/04/97

**VII. Page 1 INVESTMENTS and TRUSTS** — income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A./B. Description of Assets | C(1) Amt. Code | C(2) Type | D(1) Value Code | D(2) Value Method | Transactions (1) Type | (5) Identity |
|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | |
| 1 ROBERT W. PRATT LAW OFFICE | D | Interest | N | T | EXEMPT | EXEMPT |
| 2 BANKERS TRUST COMPANY - (J) | C | Interest | N | T | EXEMPT | EXEMPT |
| 3 AMERUS BANK - (J) | D | Interest | N | T | EXEMPT | EXEMPT |
| 4 US TREASURY STRIP - (DC) | B | Interest | K | T | EXEMPT | EXEMPT |
| 5 MERIT FUND VI LP | | None | J | M | EXEMPT | EXEMPT |
| 6 MERIT WASHINGTON SQ INVESTORS | | None | J | M | EXEMPT | EXEMPT |
| 7 DEAN WITTER MARKETABLE SECURITIES - LISTED BELOW | | | | | EXEMPT | EXEMPT |
| 8 DEAN WITTER ACTIVE ASSETS MONEY TRUST - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 9 NY ST DORM EDUCATION - (J) | C | Interest | K | T | EXEMPT | EXEMPT |
| 10 NE NAVY FIN E - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 11 DETROIT WATER SE - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 12 DES MOINES GO - (J) | B | Interest | J | T | EXEMPT | EXEMPT |
| 13 CHICAGO WPHA - (J) | B | Interest | J | T | EXEMPT | EXEMPT |
| 14 NY HSG FIN DEV BOND - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 15 ND DEPT HSG A - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 16 S. DETROIT HES BOND - (J) | C | Interest | K | T | EXEMPT | EXEMPT |
| 17 ST UNIV IA REVS BOND - (J) | A | Interest | J | T | EXEMPT | EXEMPT |
| 18 STATE UNIV IA DEV - (J) | A | Interest | J | T | EXEMPT | EXEMPT |

1 Income/Gain Codes (See Col. B1 & D4): A=$1,000 or less, B=$1,001 to $50,000, C=$50,001 to $100,000, D=$100,001 to $1,000,000, E=$1,000,001 to $5,000,000, F=$5,000,001 to $15,000,000, G=more than $15,000,000

2 Value Codes (See Col. C1 & D3): J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000, N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=more than $1,000,000, Q=$100,001 to $250,000

3 Value Method Codes (See Col. C2): Q=Appraisal, R=Cost(real estate only), S=Assessment, T=Cash/Market, U=Book Value, V=Other, W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 01/04/97 |

**VII. Page 2 INVESTMENTS and TRUSTS** — income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-B) | (2) Type (e.g., div., rent, or int.) | (1) Value Code (J-P) | (2) Value Methods (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19  FNLB BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 20  OHIO BLDG AU - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 21  IOWA FIN AUTH REV BOND - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 22  IOWA FIN AUTH REV BOND - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 23  IOWA FIN AUTH REV BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 24  IOWA FIN AUTH REV 4000 - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 25  TEXAS ST CLG LN - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 26  LAKE CO. DIST BOND - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 27  WINTERSET GO BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 28  GRAND FORKS PSD - (J) | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 29  FLA ST TRANS RV BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 30  UNIV NTHRN IA RVB BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 31  IA FIN AUTH-A BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 32  GA MUN ELEC AUTH BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 33  WASH PPSS PJ 2 BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 34  UNIV NTHRN IOWA BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 35  POLK CITY GO BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 36  POLK CITY GO BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |

| 1. Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2. Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost(real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PRATT, ROBERT W. | Date of Report<br>01/04/97 |
|---|---|---|

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B.<br>Indicate where applicable, owner of the asset by using the parenthetical ing individual and spouse, "(J)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1 Code (A-H) | (2)<br>Type (e.g. div., rent or Int.) | (1)<br>Value2 Code (J-P) | (2)<br>Value Method3 Code (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-day | (3)<br>Value2 Code (J-P) | (4)<br>Gain1 Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 PALESTINE IDC BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 38 UPPSS NUCLR-1 BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 39 IOWA FIN AUTH REV BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 40 IOWA FIN AUTH REV BOND - (J) | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 41 IOWA COP BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 42 BRAZOS HGHR EDUCATION BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 43 MA ST HFA SER BOND - (J) | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 44 TENN HDA PG 1A BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 45 IOWA ST COPS BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 46 W.DES MOINES GO-BOND - (J) | D | Interest | L | T | EXEMPT | | | | EXEMPT |
| 47 MILWAUKEE GO-A BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 48 WISC HSG ECO-A BOND - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 49 US TSY NOTE - (J) | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 50 TAMPA WTR SWR SYS BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 51 IOWA ST UNIV S T BOND - (J) | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 52 ILAF MUTUAL FUND - (J) | D | Interest | N | T | EXEMPT | | | | EXEMPT |
| 53 DUJPN MUTUAL FUND - (J) | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 54 DUSVF MUTUAL FUND - (J) | B | Interest | K | T | EXEMPT | | | | EXEMPT |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 01/04/97 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets B. (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(S)" for joint ownership of reporting individual and spouse, "(DC)" for separate ownership by spouse, "(DC)" for ownership by Dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 55 ALUMINUM CO AMERICA - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 56 CHEVRON CORP - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 57 DU PONT EI DE NEMOURS & CO - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 58 EXXON CORP - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 59 GENERAL ELECTRIC CO - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 60 INTERNATIONAL PAPER CO - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 61 MINNESOTA MINING & MFG CO - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 62 J P MORGAN & CO. - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 63 MOTOROLA INC - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 64 NOVELL INC - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 65 PHILIP MORRIS CO INC | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 66 TEXACO INC - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 67 USF & G CORP | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 68 WALGREEN CO - (J) | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 69 ROBERT W. PRATT PROFIT SHARING PLAN - SEE LISTED BELOW | | | | | EXEMPT | | | | | EXEMPT |
| 70 DEAN WITTER ACTIVE ASSETS MONEY TRUST | C | Interest | L | T | EXEMPT | | | | | EXEMPT |
| 71 DWJPN MUTUAL FUND | A | Dividend | J | T | EXEMPT | | | | | EXEMPT |
| 72 DWSVF MUTUAL FUND | B | Dividend | K | T | EXEMPT | | | | | EXEMPT |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: Q=Appraisal  R=Cost(real estate only) S=Assessment  T=Cash/Market
(See Col. C2) U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting PRATT, ROBERT W. | Date of Report 01/04/97 |
|---|---|---|

**VII. Page 5 INVESTMENTS and TRUSTS** – income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. B. Description of Assets | C. Income (1) Amt Code | (2) Type | D. Gross value (1) Value Code | (2) Method | Transactions Type | (2) Mo-Day | (3) Value2 | (4) Gain | (5) Identity |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| 73 GVT MUTUAL FUND | B | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 74 TCORE MUTUAL FUND | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 75 TIMOR MUTUAL FUND | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 76 SBC COMMUNICATIONS | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 77 MINN ST HFA A BOND | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 78 G.T. GLOBAL DEV MKTS FD | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 79 TCI SATELLITE ENTMT CL A | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 80 AMER LIFE HOLDING | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 81 BCI CAP I 8.00% GT INC PRF A | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 82 US WEST FIN 1 7.96 (TOPRS) | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 83 SALOMON DEP 8.08% CU PRF | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 84 DEAN WITTER DISCOVER & CO | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 85 BEARS STEARNS 7.88 CU DEP PF | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 86 MIDAMERICAN ENERGY CO | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 87 TELECOM INC A LIBERTY MED GRP | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 88 TELE COMM INC SER A TCI GRP | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 89 EQUI IOWA CAP TR 8.70% TOPRS | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 90 FHLMC BOND | B | Interest | K | T | EXEMPT | | | | EXEMPT |

1. Income/Gain Codes: A=$15,000 or less, B=$15,001 to $50,000, C=$50,001 to $100,000, D=$100,001 to $1,000,000, E=$1,000,001 to $5,000,000, F=$5,000,001 to $25,000,000
2. Value Codes: J=$15,000 or less, K=$15,001 to $50,000, L=$50,001 to $100,000, M=$100,001 to $250,000, N=$250,001 to $500,000, O=$500,001 to $1,000,000, P=More than $1,000,000
3. Value Method Codes: Q=Appraisal, R=Cost(real estate only), S=Assessment, T=Cash/Market, U=Book Value, V=Other, W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 01/04/97 |

## VII. Page 6 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) B. Indicate where applicable, owner of the asset by using the parenthetical (X) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (J) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | C. Income during reporting period | | D. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions). | | | | | | | | | |
| 91 SLMA BOND | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 92 TCW/DW EMERGING MKTS OPP | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 93 SEARS ROEBUCK CO | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 94 GENERAL MOTORS | B | Dividend | K | T | EXEMPT | | | | EXEMPT |
| 95 KANSAS CITY STHN | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 96 RJR NABISCO INC | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 97 PHILIP MORRIS COS | C | Interest | K | T | EXEMPT | | | | EXEMPT |
| 98 VIRGINIA ELEC PWR | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 99 CONS EDISON CO | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 100 DEAN WITTER DISC | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 101 PUB SVC ELEC GAS | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 102 SOUTHN CALIF ED | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 103 CHASE MANHA CORP | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 104 GEN ELEC CAP MTN | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 105 UTD TEL CO | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 106 ASSOC ESTATES | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 107 CONTINENTAL BK CD | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 108 ABBOTT LABORATORIES | A | Dividend | J | T | EXEMPT | | | | EXEMPT |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost(real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PERRY, ROBERT W. | Date of Report<br>01/04/97 |
| --- | --- | --- |

VI. Page 7 INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children. See pp. 17-24 of Instructions.)

| B.<br>Description of Assets<br>(including trust assets) | | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amt. Code | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code | (2)<br>Value Method Code | | If not exempt from disclosure | | | | |
| | | | | | | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month-Day | (3)<br>Value Code | (4)<br>Gain Code | (5)<br>Identity of buyer/seller (if private transaction) | |
| | NONE | | | | | | | | | | |
| 109 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 110 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 111 | | A | Dividend | K | T | EXEMPT | | | | EXEMPT | |
| 112 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 113 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 114 | | A | Dividend | K | T | EXEMPT | | | | EXEMPT | |
| 115 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 116 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 117 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 118 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 119 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 120 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 121 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 122 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 123 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 124 | | A | Dividend | J | T | EXEMPT | | | | EXEMPT | |
| 125 | | A | Interest | J | T | EXEMPT | | | | EXEMPT | |
| 126 | | A | Interest | J | T | EXEMPT | | | | EXEMPT | |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PRATT, ROBERT W. | Date of Report<br>01/04/97 |
| --- | --- | --- |

**VII. Page 8 INVESTMENTS and TRUSTS** – income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(1)" prior joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. B. | C.<br>Income during reporting period | | D.<br>Gross value at end of reporting period | | Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Methods<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | | If not exempt from disclosure | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 127 | SEARS ROEBUCK CO | B | Interest | J | T | EXEMPT | | | | EXEMPT |
| 128 | PAC GAS & ELEC CO | B | Interest | K | T | EXEMPT | | | | EXEMPT |
| 129 | PAC TEL & TELEG | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 130 | TRAVELERS INC | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 131 | SMITH BARNEY INDIVIDUAL RETIREMENT ACCOUNT-LISTED BELOW | | | | | | | | | |
| 132 | SB MONEY MARKET FUNDS | A | Interest | J | T | EXEMPT | | | | EXEMPT |
| 133 | NEW ENGLAND CAP GROWTH MUTUAL FUND | B | Dividend | K | T | EXEMPT | | | | EXEMPT |
| 134 | SHEARSON LEHMAN SELECT ADVISORS FUTURES FD L.P. | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 135 | CENTURY HILLCRESTE APT INV LP | A | Distribu | J | W | EXEMPT | | | | EXEMPT |
| 136 | SMITH BARNEY INDIVIDUAL RETIREMENT ACCOUNT (S) - LIST BELOW | | | | | | | | | |
| 137 | ALLIANCE QUASAR FUND INC CL A | A | Dividend | J | T | EXEMPT | | | | EXEMPT |
| 138 | | | | | | | | | | |
| 139 | | | | | | | | | | |
| 140 | | | | | | | | | | |
| 141 | | | | | | | | | | |
| 142 | | | | | | | | | | |
| 143 | | | | | | | | | | |
| 144 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
| --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PRATT, ROBERT W. | Date of Report<br>01/04/97 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

Part III NON-INVESTMENT INCOME

    The Robert W. Pratt Law Office furnishes legal services primarily in the areas of workman's compensation and social security benefit claims.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRATT, ROBERT W. | 01/04/97 |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 7, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Robert W. Pratt_          Date _1-06-97_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. APP. 6, SECTION 104).

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

> Committee on Financial Disclosure
> Administrative Office of the United States Courts
> One Columbus Circle, N.E.
> Suite 2-301
> Washington, D.C. 20544

Digitized by Google

AUG 27 13:30   ALGER FEATT LAW OFFICE    FAX NO. 5152558310          P. 02



## FINANCIAL STATEMENT

### NET WORTH

Robert W. & Rosemary Pratt

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

December 31, 1996

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 589 | 000 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 19 | 619 | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 944 | 792 | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 7 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | | |
| Real estate owned—add schedule  Homestead | 225 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 52 | 500 | | | |
| Cash value—life insurance | 97 | 107 | | | |
| Other assets—itemize: | | | | | |
| Vested Interest in Retirement Plan | 499 | 609 | | | |
| Individual Retirement Account | 25 | 574 | | | |
| Individual Retirement Account (s) | 3 | 029 | Total Liabilities | 7 | 000 |
| Equity in Law Practice | 149 | 000 | Net Worth | 2 598 | 230 |
| Total Assets | 2 605 | 230 | Total liabilities and net worth | 2 605 | 230 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | NONE | | Are any assets pledged? (Add schedule.) NO | | |
| On leases or contracts | NONE | | Are you defendant in any suits or legal actions? NO | | |
| Legal Claims | NONE | | Have you ever taken bankruptcy? NO | | |
| Provision for Federal Income Tax | NONE | | | | |
| Other special debt | NONE | | | | |

Digitized by Google